986

Nos. 943, Misc., and 1011, Misc. FAIR *v.* FAIR. Sup. Ct. Fla. Certiorari denied.

No. 944, Misc. IN RE GINGER. Sup. Ct. Mich. Certiorari denied.

No. 945, Misc. WOOD *v.* MAINE ET AL. Sup. Jud. Ct. Me. Certiorari denied. Petitioner *pro se. Richard J. Dubord,* Attorney General of Maine, *George C. West,* Deputy Attorney General, and *John W. Benoit,* Assistant Attorney General, for respondents.

No. 956, Misc. HOLMES *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Marne S. Matherne,* Assistant Attorney General, for respondent.

No. 958, Misc. LLUVERAS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 963, Misc. McCOY *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Howard J. Needle* for petitioner.

Nos. 970, Misc., and 971, Misc. PEEL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. *Harry W. Fogle* for petitioner.

No. 973, Misc. MORPHEW *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.